# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01323-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LAWRENCE P. HANDY,

    Plaintiff,

v.

BEVERLY DOWIS, in her individual and official capacity as Health Service
    Administrator for Sterling Correctional Facility,
NICHOLE WILSON, in her individual and official capacity as Chief Medical Officer
    for the Colorado Department of Corrections,
MEGHAN REED, in her individual and official capacity as ADA Inmate Coordinator
    for the State of Colorado,
PHYSICIAN HEALTH PARTNERS, INC., d/b/a/
    CORRECTIONS CORPORATIONS, and
DR. STEVEN KREBS, in his individual and official capacity,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Lawrence P. Handy, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Sterling, Colorado.  He has filed *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X     is not submitted (<u>must submit the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official</u>)
(2)   __    is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    An original and a copy have not been received by the court. Only an original has been received.
(10)  X     other: <u>§ 1915 motion and affidavit and certified account statement only are necessary if $400.00 filing fee is not paid in full in advance.</u>

**Complaint, Petition or Application**:
(11)  __    is not submitted
(12)  __    is not on proper form (must use the court's current form)
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. ___
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    An original and a copy have not been received by the court. Only an original has been received.
(17)  __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __    names in caption do not match names in text
(19)  __    other:

Accordingly, it is

ORDERED that Plaintiff, Lawrence P. Handy, cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, at www.cod.uscourts.gov, and shall use that form in curing the designated deficiencies. It

is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED May 13, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge